# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-186 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| TODD LAJON RUSSELL ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 23) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea as to Count One of the one-count Indictment; (3) adjudicate Defendant guilty of possession with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 23) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

**4.** Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **September 20, 2019, at 9:00 a.m.** before the undersigned, or until further order of this Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**